Case 1:96-cr-00401-WEB   Document 74   Filed 03/21/08   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONALD FEREBE
      Petitioner

v.

      Civil Action No. L-08-365
      Criminal Action No. L-96-0401

UNITED STATES OF AMERICA
      Respondent

## MEMORANDUM

Pending are Donald Ferebe's ("Ferebe") pro se Motion Requesting Permission to File a Successive Motion and Motion to Vacate. For the reasons stated herein, the Motions ARE DENIED.

I.    **Background**

On July 8, 2007, the Court sentenced Ferebe to life imprisonment for his convictions of a violent crime (murder) in furtherance of racketeering activity and possession of a weapon in connection with a crime of violence, in violation of 18 U.S.C. § 1959(a)(1) and 18 U.S.C. § 924(c). The United States Court of Appeals for the Fourth Circuit affirmed the convictions and sentences on September 23, 1999. On July 11, 2003, Ferebe filed a 28 U.S.C. § 2255 Motion to vacate which was denied as time-barred on September 4, 2003. See United States v. Ferebe, Criminal No. L-96-0401 (D. Md.) at Docket Nos. 57 & 58. Reconsideration was denied. On March 18, 2004, the Fourth Circuit declined to issue a certificate of appealability and dismissed the appeal.

The instant filing, raising several grounds attacking the convictions and sentences, was alternatively construed as a Motion requesting permission to file a successive 28 U.S.C. § 2255

C/M CHAMBERS   3-19-08

Motion to Vacate and as a Motion to Vacate. See United States v. Ferebe, Criminal No. L-96-0401 (D. Md.) at Docket Nos. 72 & 73.

## II. Discussion

Ferebe filed a 28 U.S.C. § 2255 petition in 2003. The instant Motion, therefore, is a successive collateral challenge to his convictions and sentences. Successive motions under § 2255 may not be filed absent leave to do so from a federal court of appeals. See 28 U.S.C. §§ 2244(b)(3)(A), 2255; In re Avery W. Vial, 115 F.3d 1192, 1197-98 (4th Cir.1997). Because Ferebe has not obtained prior authorization from the United States Court of Appeals for the Fourth Circuit to bring a successive 28 U.S.C. § 2255 action, the motion must be dismissed for lack of jurisdiction. See Evans v. Smith, 220 F.3d 306, 325 (4th Cir. 2000). Moreover, as the authorization for filing a successive action exclusively lies in the circuit courts, this Court is without jurisdiction to grant or deny same.

## III. Conclusion

Accordingly, the Court hereby DENIES Ferebe's Motion Requesting Permission to File a Successive Motion and Motion to Vacate. A separate Order follows.[1]

Dated this 19TH day of March, 2008.

Benson Everett Legg
Chief Judge

---

[1] The Clerk shall mail Ferebe the instructions and form packet for filing a motion under 28 U.S.C. § 2244 (authorization for District Court to consider second or successive application for relief).